■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE McNAIR, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crime of robbery, first degree.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ In the Matter of GERALD B. MERRITHEW, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, et al., Respondents.— Order affirmed. All concur. (Appeal from an order of Genesee Supreme Court denying petitioner's application for an order compelling defendants to show cause why they should not be directed to credit petitioner's term of sentence with certain time for alleged good conduct, and dismissing the petition.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ HOWARD BLUM et al., Respondents, v. AQUILA R. BRAUN et al., Defendants, and PROSPERITY COMPANY, INC., Appellant. JACOB F. FREIBERGER et al., as Directors of PROSPERITY COMPANY, INC., Respondents, v. AQUILA R. BRAUN, Defendant, and PROSPERITY COMPANY, INC., Appellant. RUTH C. ROSEN et al., as Executors and Trustees of RALPH CHASHIN, Deceased, Respondents-Appellants, v. T. C. BAER et al., Defendants, and PROSPERITY COMPANY, INC., Appellant-Respondent. HARRY TROUPIANSKY, on Behalf of Himself, Prosperity Company, Inc., and all of its Stockholders, Respondents-Appellants, v. AQUILA R. BRAUN et al., Defendants, and PROSPERITY COMPANY, INC., Appellant-Respondent.— Order affirmed, without costs of these appeals to any party. All concur. (Cross appeals from an order of Onondaga Equity Term making allowances to attorneys and others for fees and disbursements.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ ELIOT BIRNBAUM et al., on Behalf of Themselves and All Other School Teachers in the State of New York Similarly Situated, Appellants, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM, Respondent.— Judgment and order modified on the law by deleting therefrom that portion which dismisses the complaint on the ground that the dismissal of the complaint is inconsistent with the declaration of rights (see *Hoffman* v. *City of Syracuse*, 2 A D 2d 653, mod. on other grounds 2 N Y 2d 484), and as so modified affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Onondaga Special Term granting defendant's motion to dismiss plaintiffs' complaint and granting defendant's application to have its adoption of a new mortality table declared valid.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [4 Misc 2d 356.]

■ ELIZABETH A. KEINZ et al., Individually and as Executors of FRED W. LANG, Deceased, Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 32751.) — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 2 A D 2d 415.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CALLAHAN, Appellant.— Motion granted and appeal dismissed.

■ In the Matter of the Accounting of JOSEPH VALONE et al., as Executors and Trustees of SAMUEL VALONE, Deceased, Respondents. SALVATORE L. VALONE et al., Appellants.— Motion to dismiss appeal of Salvatore L. Valone denied, without costs, and cross motion granted to amend notice of appeal and filing of bond and appellant given 10 days to file bond; and motion to dismiss appeal of Lena Valone denied, without costs, with leave to renew upon the argument of the appeal, and Lena Valone directed to file a bond within 10 days. The only reviewable question is whether the Surrogate properly used his discretion in failing to allow her to present objections.